IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-cr-00151 |
| | ) | |
| RAPHAEL CORTEZ HOWE II | ) | Judge Trauger |

### ORDER

The stay previously entered in this case (ECF No. 57) is hereby **NARROWED** to apply only to the defendant's motion for reduction in sentence pursuant to 18 U.S.C. § 3582 (ECF No. 53), thereby permitting resolution of the defendant's also-pending motion for correction of an alleged clerical order under Rule 36 of the Federal Rules of Criminal Procedure (ECF No. 56).

Within **7 days** of the date this order is entered on the docket, counsel of record for the defendant, Ronald Small, **MUST** submit a notice informing the court and the parties whether he intends to represent the defendant in connection with the Rule 36 motion, and whether he intends to supplement or amend the *pro se* motion. If he does intend to so supplement or amend, he **MUST** do so within **14 days**. The United States is **DIRECTED** to submit a response to the motion within **14 days** of the date Mr. Small submits an amended or supplemented motion or gives notice of his intent not to do so.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge